# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-
                                        Case No.   3:17-CR-72-01
                                        Judge Thomas M. Rose

DONTE GREEN,

        Defendant.

---

## ENTRY AND ORDER DENYING MOTION TO REVOKE DETENTION ORDER

---

This matter comes before the Court pursuant to Defendant's Motion to Revoke Detention Order Pursuant to 18 U.S.C. §3145(c) (doc. 22) filed May 23, 2017. On June 15, 2017, the Court deferred its ruling pending resolution of Defendant's reported outstanding warrants.  Defendant Green on July 6, 2017, then filed a third supplemental memorandum (doc. 37) providing the Court with information that pending warrants had been lifted. Following Defendant Greene's Motion to Suppress held on August 9, 2017, the Court contacted Pretrial Services for verification. Government continues to object to the issuance of bond.

Based upon the information provided to this Court, including a criminal records check conducted by Pretrial Services reporting Defendant Green has an active warrant issued July 10, 2017, for violation of probation in Cook County, Illinois, the Court finds said motion not well-founded and **DENIES** Defendant's Motion to Revoke Detention Order Pursuant to 18 U.S.C. §3145(c) (doc. 22)

**DONE** and **ORDERED** in Dayton, Ohio, this 14th day of August, 2017.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT